# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 16, 2015

---

### NO. 03-15-00124-CV

---

**Herbert Feist, Appellant**

**v.**

**The Attorney General of Texas, Appellee**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BOURLAND**

---

This is an appeal from the judgments signed by the trial court on January 21, 2015. Having reviewed the record, the Court holds that Herbert Feist has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.